AKERMAN LLP
Mark S. Lichtenstein
1251 Avenue of the Americas, 37th Flr.
New York, New York 10020
Tel. No. (212) 880-3800
E-mail: mark.lichtenstein@akerman.com

*Counsel for Plaintiff/Counter-Defendant*
*Bed Bath & Beyond, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>BED BATH & BEYOND INC., et al., [1]<br><br>      Debtor.<br>___<br>BED BATH & BEYOND INC.<br><br>      Plaintiff / Counter-Defendant,<br><br>    v.<br><br>MARA SIRHAL,<br><br>      Defendant / Counter-Claimant. | **Chapter 11**<br><br>**Case No. 23-13359 (VFP)**<br><br>**(Jointly Administered)**<br><br>**Adv. Proc. No. 23-01235 (VFP)**<br><br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that Mark S. Lichtenstein of Akerman LLP hereby appears as counsel for Plaintiff/Counter-Defendant Bed Bath & Beyond Inc. ("BBB"), in the above-captioned adversary action pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 9007 including, without limitation, any and all notices of any orders, applications, complaints, demands, hearings,

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these Chapter 11 Cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 650 Liberty Avenue, Union, New Jersey 07083.

motions, petitions, pleadings, requests, and any other documents brought before the Court in this case.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, notices of hearing and other filings in this matter be served upon the undersigned counsel at this address:

>   ADDRESS:   AKERMAN LLP
>   Mark S. Lichtenstein
>   1251 Avenue of the Americas, 37th Floor
>   New York, NY 10020
>   (212) 880-3800 (telephone)
>   (212) 880-8965 (facsimile)
>   Email: mlichtenstein@akerman.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned case and proceeding therein.

Dated:  New York, New York
November 22, 2023                      AKERMAN LLP

>                 By:   */s/Mark S. Lichtenstein*
>                 Mark S. Lichtenstein
>                 1251 Avenue of the Americas
>                 37th Floor
>                 New York, New York 10020
>                 Tel. No.: (212) 880-3800
>                 email: mark.lichtenstein@akerman.com