James P. Chou, Esq.
Marshall O. Dworkin, Esq.
MORITT HOCK & HAMROFF LLP
1407 Broadway, Suite 3900
New York, NY 10018
Tel: 212-239-2000
Fax: 212-239-7277
jchou@moritthock.com
mdworkin@moritthock.com
*Attorneys for Defendant*
*Mara Sirhal*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>BED BATH & BEYOND INC., et al.,<br><br>　　　　　　　　　　Debtor.<br><br>BED BATH & BEYOND INC.<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARA SIRHAL,<br><br>　　　　　　　　　　Defendant. | **Chapter 11**<br><br>**Case No. 23-13359 (VFP)**<br><br>**(Jointly Administered)**<br><br>**Adv. Proc. No. 23-01235 (VFP)**<br><br>**STIPULATION FOR EXTENSION OF TIME** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

　　　　1.　　The time for Plaintiff and Counterclaim-Defendant BED BATH & BEYOND INC. to answer, move, or otherwise respond to Defendant/Counterclaimant MARA SIRHAL's Counterclaims [Dkt. No. 4] is hereby extended to and including December 19, 2023.

　　　　2.　　This stipulation may be executed in counterparts.

Dated: New York, New York
      December 4, 2023

| MORITT HOCK & HAMROFF LLP | AKERMAN LLP |
|---|---|
| By: */s/ Marshall O. Dworkin* | By: */s/ Michael I. Goldberg* |
| James P. Chou, Esq.<br>Marshall O. Dworkin, Esq.<br>1407 Broadway, Suite 3900<br>New York, NY 10018<br>Telephone: (212) 239-2000<br>jchou@moritthock.com | Michael I. Goldberg, Esq.<br>201 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 463-2700<br>michael.goldberg@akerman.com |
| *Attorneys for Defendant/Counterclaimant Mara Sirhal* | *Plan Administrator* |