UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:          _____

Adv. Pro. No.: _____

Chapter:          _____

Subchapter V:     ❏ Yes  ❏ No

Hearing Date: _____

Judge:              _____

**ADJOURNMENT REQUEST**

1.      I, _____,

    ❏   am the attorney for: _____,

    ❏   am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _____

Current hearing date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

2.      Consent to adjournment:

    ❏   I have the consent of all parties.   ❏   I do not have the consent of all parties (explain below):

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _____          _____
                                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date:  February 8, 2024 at  10 am          ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____          ❑ Peremptory

❑ Denied

   **IMPORTANT: If your request is granted, you must notify interested parties
   who are not electronic filers of the new hearing date.**

*rev.10/2021*